# United States Court of Appeals for the Federal Circuit

January 25, 2007

<u>ERRATA</u>

Appeal No. 2006-1376

<u>ADRAIN V. SUPERCHIPS</u>

Decided:  January 25, 2007                           Nonprecedential Opinion

Please make the following change:

Page 1 please change "Dissenting opinion" to --Opinion dissenting-in-part--